UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
PROARCH DESIGN SOLUTIONS, LLC

        Plaintiff,

  - against -


LAZERCAD INC., MICHAEL AXON,
CAPITAL ONE FINANCIAL CORP., 360
DESIGN STUDIO LLC, M. ARTHUR
GENSLER JR. & ASSOCIATES, INC.,
JONES LANG LASALLE, INC., and
PRIMARK US CORP.

        Defendants.
------------------------------------x

Docket no. 1:15 cv 04542
(DLI)(SSJB)

**NOTICE OF MOTION TO ENFORCE SETTLEMENT AND ENTER JUDGMENT**

**To:** George Benaur, Esq.
Benaur Law LLC
150 West 56th Street
New York, NY 10019
Attorney for Defendants
Lazercad, Inc. & Michael Axon

Via ECF; email george@benaurlaw.com;
And regular mail

**PLEASE TAKE NOTICE** that on a date and time to be designated by the Court, upon the accompanying affidavit of H. Jonathan Rubinstein, Esq.; the undersigned attorneys will move this Court, before the Honorable Dora Lizette Irizarry, U.S.D.J., C.J., at the Federal Courthouse for the United States District

1

Court of the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for the entry of an Order:

    a)    enforcing the settlement agreement dated October 28, 2019;

    **b)**    entering judgment in favor of plaintiff Proarch Design Solutions, LLC and against defendants Lazercad, Inc. & Michael Axon, jointly and severally, in the principal amount of $130,000.00, together with prejudgment interest, counsel fees and costs pursuant to the terms of the settlement agreement; and

    c)    for such other and further relief that the Court deems just and appropriate under the circumstances.

    **PLEASE TAKE FURTHER NOTICE** that the moving parties shall rely upon an affidavit of counsel, submitted simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested unless opposition hereto is received, in which case oral argument is requested.

Dated: Millburn, NJ
       February 19, 2020

_____
H. Jonathan Rubinstein, Esq.
THE FEINSILVER LAW GROUP, P.C.
Attorneys for Plaintiff
26 Court Street, Suite 2506
Brooklyn, NY 11242
(718) 522-5025

Please Reply to:

THE FEINSILVER LAW GROUP, P.C.
215 Millburn Avenue
Millburn, NJ 07041
(973) 376-44000